UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PNC BANK, N.A.,

                      Plaintiff,

-vs-                                        Case No. 6:13-cv-1558-Orl-28KRS

KIMBROUGH & ASSOCIATES, LLC, and
LESLIE K. KIMBROUGH,

                      Defendants.
_____

## ORDER

This case is before the Court on the Second Renewed Motion for Final Default Judgment (Doc. 24) filed by Plaintiff, PNC Bank, N.A.

The assigned United States Magistrate Judge has submitted a Report (Doc. 27) recommending that the Court: grant the motion; find that Defendant Kimbrough & Associates, LLC, is liable for breach of the First Obligation (Count I of the Verified Complaint) and for breach of the Second Obligation (Count II of the Verified Complaint); find that the collateral posted to secure the First Obligation and the Second Obligation is subject to judicial foreclosure (Count V of the Verified Complaint); dismiss the claims against Defendant Leslie K. Kimbrough, the guarantor (Counts III and IV of the Verified Complaint); find that entry of final judgment of foreclosure against Kimbrough & Associates and an order to conduct a foreclosure sale of the collateral is appropriate pending submission by PNC Bank of identification of the collateral and a proposed order authorizing a foreclosure sale in a form approved by the Court; assess $2,909.50 in attorneys' fees and $534.59 in costs

against Kimbrough & Associates; order Kimbrough & Associates to pay to PNC Bank damages in the total amount of unpaid principal, late charges, and prejudgment interest on the First Obligation and Second Obligation, with the total prejudgment interest to be computed by PNC Bank as of a date established by the Court following its Order on the Report and Recommendation; require Kimbrough and Associates to complete a Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet, including all required attachments, within forty-five days from the date the Court enters judgment in this case, or within such other time as the Court determines; and direct the Clerk to enter a final judgment and close the file.

In the Report, the magistrate judge also directed PNC Bank to file a supplemental memorandum identifying the collateral that is to be sold pursuant to Count V of the Verified Complaint. The memorandum was to be supported by a proposed final order and an order directing the United States Marshals Service to hold a foreclosure sale. (See Doc. 27 at 15). PNC Bank filed its supplemental memorandum on December 19, 2014. (Doc. 28). Attached to the supplemental memorandum is a description of collateral; a proposed final judgment; and a proposed notice of U.S. Marshal's sale. (Docs. 28-1 through 28-3).[1]

---

[1]On January 14, 2015, the Court ordered PNC Bank to submit an updated interest calculation as of January 23, 2015, and to email its proposed judgment to the chambers of the undersigned. (Order, Doc. 29). PNC Bank emailed a proposed judgment that included an interest calculation that purported to be as of January 20 rather than January 23 and did not file its proposal in the record. In the judgment that will be separately entered, the Court has made its own updated prejudgment interest calculation using the per diem rates noted in the Report and Recommendation. The Court has added 148 days of interest (through January 23, 2015) to the prejudgment amounts as of August 28, 2014, that are set forth in the Report.

No objections to the Report have been filed, and the time for filing objections has passed. After review of the record in this matter, including the Supplemental Memorandum in Response to Report and Recommendation filed by Plaintiff, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. PNC Bank, N.A.'s Second Renewed Motion for Final Default Judgment (Doc. 24) is **GRANTED**.

3. Defendant Kimbrough & Associates, LLC, is liable for breach of the First Obligation (Count I of the Verified Complaint) and for breach of the Second Obligation (Count II of the Verified Complaint), and the collateral posted to secure the First Obligation and the Second Obligation is subject to judicial foreclosure (Count V of the Verified Complaint).

4. Counts III and IV of the Verified Complaint, which are claims against Defendant Leslie K. Kimbrough, the guarantor, are **DISMISSED**.

5. PNC Bank, N.A., is entitled to a judgment against Kimbrough & Associates, LLC, for unpaid principal, late charges, and prejudgment interest on the First Obligation and Second Obligation, along with attorneys' fees of $2,909.50 and $534.59 in costs. Additionally, final judgment of foreclosure against Kimbrough & Associates, LLC, and an order to conduct a foreclosure sale of the collateral is appropriate. A separate judgment will be entered contemporaneously with this Order.

6. After entry of the final default judgment, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida, this 23rd day of January, 2015.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party